**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------
AFRICA N. WILLIAMS,

                Plaintiff,

           v.                        No. 1:10-CV-1025
                                        (LEK/DRH)

USA,

                Defendant.
----------------------------------------------------------------

**APPEARANCES:**

AFRICA N. WILLIAMS
Plaintiff pro se
Post Office Box 474
Glenmont, New York 12077

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### REPORT-RECOMMENDATION and ORDER

Plaintiff pro se Africa N. Williams ("Williams") commenced this action on August 24, 2010 under 42 U.S.C. § 1981 alleging violations of her civil rights. Dkt. No. 1. The complaint fails to satisfy the basic pleading requirements established by the Federal Rules of Civil Procedure. In an order filed August 31, 2010, this Court directed Williams to file an amended complaint that fully complies with Fed. R. Civ. P. 8 and 10. Dkt. No. 4. Plaintiff has not filed an amended complaint as directed by this Court's order. Accordingly, since this action cannot proceed in the absence of Williams's submission of a sufficient complaint, it is hereby

**RECOMMENDED** that Williams's complaint be **DISMISSED** in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Williams's failure to comply with the Court's August 31, 2010 order; and it is hereby

**ORDERED** that the Clerk serve Williams with a copy of this order by certified mail, return receipt requested and by regular mail.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may lodge written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court "within fourteen (14) days after being served with a copy of the . . . recommendation." N.Y.N.D.L.R. 72.1(c) (citing 28 U.S.C. §636(b)(1)(B)-(C)). **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW.** Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Small v. Sec'y of HHS, 892 F.2d 15 (2d Cir. 1989); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

Dated: March 17, 2011
       Albany, New York

_David R. Homer_
United States Magistrate Judge